**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Reginald M. RICHARDSON, a/k/a Reggie, a/k/a Danny Brooks, a/k/a Michael Lynn Richardson, a/k/a Tony Collier, Defendant—Appellant.**

**No. 08–8329.**

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 20, 2009.

Decided: Sept. 2, 2009.

Michael S. Nachmanoff, Federal Public Defender, Robert J. Wagner, Assistant Federal Public Defender, Richmond, Virginia, for Appellant. Dana J. Boente, Acting United States Attorney, Richard D. Cooke, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Before WILKINSON and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Reginald Richardson appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Richardson*, No. 3:97–cr–00104–JRS–3 (E.D.Va. Oct. 8, 2008). We further deny Richardson's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*